# Court of Appeals
# of the State of Georgia

ATLANTA,___April 19, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1569. MIKE L. LASITER v. WILLIAM T. JONES.**

Mike Lasiter has filed a direct appeal from the trial court's denial of his motion to set aside a default pursuant to OCGA § 9-11-60 (d). An appeal from an order denying a motion to set aside a default under OCGA § 9-11-60 (d) must be taken by application for discretionary review, see OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006), or by application for interlocutory review, see OCGA § 5-6-34 (b); *Attridge v. Maines*, 174 Ga. App. 472 (330 SE2d 409) (1985). Lasiter's failure to comply with the requisite appellate procedure deprives this Court of jurisdiction over his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/19/2013_____
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

 *, Clerk.*